| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 55 South Market Street, Suite 820 |
| | San Jose, CA 95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant DELGADO |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 99-20229 RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | HEARING |
| vs. | ) | |
| | ) | |
| HECTOR DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Hector Degaldo and the government hereby stipulate and agree that the status hearing currently set for Monday, January 26, at 9:00 a.m., may be reset for Monday, March 9, 2015, at 9:00 a.m.  The reasons for the requested continuance are that the state matter on which the allegations of the Form 12 are based is still pending and that staffing changes within the Office Federal Public Defender will require it to reassign representation of Mr. Delgado in the instant matter to another Assistant Federal Public Defender.

United States Probation Officer Michael McFarland has been consulted as to the proposed continuance and has indicated no objection.

Dated: January 22, 2015

s/_____
SUSAN KNIGHT
Assistant United States Attorney

Stipulation to Continue Status Hearing
CR 99-20229 RMW                                                    1

1 | Dated: January 22, 2015

2 |                                        s/_____
                                       CYNTHIA C. LIE
3 |                                        Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 99-20229 RMW |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING STATUS HEARING |
| vs. | ) ) | |
| HECTOR DELGADO, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Monday, January 26, 2015, at 9:00 a.m., shall be reset for Monday, March 9, 2015, at 9:00 a.m.

Dated: January ~~G~~H, 2015

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge

[~~Proposed~~] Order to Continue Status Hearing
CR 09-20229 RMW                                                     1