STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant HECTOR DELGADO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 99-20229 RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING |
| vs. | ) | |
| HECTOR DELGADO, | ) | |
| Defendant. | ) | |

Defendant Hector Delgado and the government hereby stipulate and agree that the status hearing currently set for Monday, March 9, at 9:00 a.m., may be continued to Monday, May 18, 2015, at 9:00 a.m. The reason for the requested continuance is that Mr. Delgado's pending state case is set for a preliminary hearing on April 6, 2015.

United States Probation Officer Michael McFarland has been consulted as to the proposed continuance and has indicated no objection.

Dated: February 25, 2015

                                           /s/
                                           SUSAN KNIGHT
                                           Assistant United States Attorney

Dated: February 25, 2015

                                           /s/
                                           VARELL L. FULLER
                                           Assistant Federal Public Defender

Stipulation to Continue Status Hearing
CR 99-20229 RMW                                             1

1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant HECTOR DELGADO

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11
   UNITED STATES OF AMERICA,      )    No. CR 99-20229 RMW
12                                )
            Plaintiff,             )    [] ORDER CONTINUING
13                                )    HEARING
   vs.                            )
14                                )
   HECTOR DELGADO,                )
15                                )
            Defendant.             )
16 _____

17     Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

18 hearing currently set for Monday, March 9, 2015, at 9:00 a.m., shall be reset for Monday, May

19 18, 2015, at 9:00 a.m.

20

21 Dated: Octej "5, 2015

22                                      /s/ Ronald M. Whyte
                                        _____
23                                      HONORABLE RONALD M. WHYTE
                                        United States District Judge

24

25

26

[] Order to Continue Hearing
CR 09-20229 RMW                          1