1  STEVEN G. KALAR
Federal Public Defender
2  VARELL L. FULLER
Assistant Federal Public Defender
3  55 South Market Street, Suite 820
San Jose, CA 95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HECTOR DELGADO

6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

SAN JOSE DIVISION

9

| UNITED STATES OF AMERICA, | ) | No. CR 99-20229 RMW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING |
| | ) | |
| vs. | ) | |
| | ) | |
| HECTOR DELGADO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

15     Defendant Hector Delgado and the government hereby stipulate and agree that the status

16  hearing currently set for Monday, May 18, 2015 at 9:00 a.m., may be continued to Monday, July

17  27, 2015, at 9:00 a.m.  The reason for the requested continuance is that Mr. Delgado's pending

18  state case is set for a pretrial conference on June 2, 2015 and it is unlikely that a trial will be held

19  before July 2015.  Defense counsel contacted United States Probation Officer Michael

20  McFarland regarding the proposed continuance and has not yet received a response.

21  Dated: May 14, 2015

22                       /s/
                        SUSAN KNIGHT
23                       Assistant United States Attorney
Dated: May 14, 2015

24

25                       /s/
                        VARELL L. FULLER
                        Assistant Federal Public Defender

26

1   STEVEN G. KALAR
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   55 South Market Street, Suite 820
    San Jose, CA 95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant HECTOR DELGADO

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11                                  )
    UNITED STATES OF AMERICA,       )      No. CR 99-20229 RMW
12                                  )
                     Plaintiff,     )      [] ORDER CONTINUING
13                                  )      HEARING
    vs.                             )
14                                  )
    HECTOR DELGADO,                 )
15                                  )
                     Defendant.     )
16  _____)

17         Good cause appearing and by stipulation of the parties, it is hereby ordered that the status

18  hearing currently set for Monday, May 18, 2015, at 9:00 a.m., shall be reset for Monday, July 27

19  2015, at 9:00 a.m.

20

21  Dated: May ___, 2015

22                                          _____
                                            HONORABLE RONALD M. WHYTE
23                                          United States District Judge

24

25

26

    ] Order to Continue Hearing
    CR 09-20229 RMW                              1